**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Sherrell Gary BRINKLEY,**
**Defendant–Appellant.**

No. 01–7024.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 4, 2001.

Decided Oct. 12, 2001.

Sherrell Gary Brinkley, pro se. Brian Lee Whisler, Office of the United States Attorney, Charlotte, NC, for appellee.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Sherrell Gary Brinkley seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Brinkley,* Nos. CR–91–31; CA–01–180–3–V (W.D.N.C. filed June 1, 2001; entered June 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*